**MARR JONES & WANG**

A LIMITED LIABILITY LAW PARTNERSHIP

BARRY W. MARR          1937-0
DARIN R. LEONG         8702-0
EMILY R. MARR          10587-0
Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Telephone No. (808) 536-4900
Facsimile No. (808) 536-6700
*bmarr@marrjones.com*

Attorneys for Defendants
CBS CORPORATION, CBS FILMS DISTRIBUTION INC.,
EYE PRODUCTIONS INC.,
and CBUBTL, LLC dba ENTERTAINMENT PARTNERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KELLY M. TOLAR | CIVIL NO. 17-00540 SOM-KJM |
| Plaintiff, | FOURTH AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND ORDER |
| vs. | |
| EYE PRODUCTIONS , INC.; CBS FILM DISTRIBUTION, INC.; CBUBTL (Hawaii 5-0) dba ENTERTAINMENT PARTNERS; CBS CORPORATION, INC.; JEFFREY M. DOWNER; JAKE DOWNER; JOHN DOES 1-10, JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE "NON PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL UNITS 1-10, | |
| | No Trial Date Set. |
| Defendants. | |

*1062488*

## FOURTH AMENDED STIPULATION TO EXTEND TIME TO RESPOND
## TO COMPLAINT AND ORDER

Pursuant to Rule 6.2 of the Rules of the United States District Court for the District of Hawaii, Plaintiff Kelly M. Tolar ("Plaintiff"), CBS Corporation ("CBS Corp."), CBS Films Distribution Inc. ("CBS Films"), Eye Productions Inc. ("Eye"), and CBUBTL, LLC dba Entertainment Partners ("EP") (CBS Corp., CBS Films, Eye and EP, collectively referred to herein as "Defendants"; Plaintiff, CBS Corp., CBS Films, Eye and EP collectively referred to herein as the "Parties") hereby stipulate as follows:

WHEREAS, CBS Films and Eye removed this action to this Court on October 30, 2017;

WHEREAS, the Parties have engaged in mediation;

WHEREAS, the Parties are in the final stages of fully and finally resolving this case;

WHEREAS, the Parties have accordingly agreed that Defendants' time to answer or otherwise respond to the Complaint shall be extended to provide time for final resolution of the case;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their respective counsel, and hereby ORDERED by the Court, that Defendants shall answer or otherwise respond to Plaintiff's Complaint by April 30, 2018.

2

DATED:     Honolulu, Hawaii, March 28, 2018.


_/s/ Stuart T. Feeley_
JASON M. TANI
STUART T. FEELEY
BRYAN M. HARADA

Attorneys for Plaintiff
KELLY M. TOLAR


_/s/ Darin R. Leong_
BARRY W. MARR
DARIN R. LEONG
EMILY R. MARR

Attorneys for Defendants
CBS CORPORATION, CBS FILMS
DISTRIBUTION INC.,
EYE PRODUCTIONS INC. and
CBUBTL, LLC dba
ENTERTAINMENT PARTNERS


APPROVED AND SO ORDERED:

DATED:     Honolulu, Hawaiʻi, March 30, 2018.



/S/ Kenneth J. Mansfield
Kenneth J. Mansfield
United States Magistrate Judge

_Kelly M. Tolar vs. Eye Productions, Inc., et al.,_ Civil No. 17-00540 SOM-KJM;
FOURTH AMENDED STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT AND ORDER