**MARR JONES & WANG**
A LIMITED LIABILITY LAW PARTNERSHIP

| | |
|---|---|
| BARRY W. MARR | 1937-0 |
| DARIN R. LEONG | 8702-0 |
| EMILY R. MARR | 10587-0 |

Pauahi Tower
1003 Bishop Street, Suite 1500
Honolulu, Hawaii 96813
Telephone No. (808) 536-4900
Facsimile No. (808) 536-6700
bmarr@marrjones.com

Attorneys for Defendants
CBS CORPORATION, CBS FILMS DISTRIBUTION INC.,
EYE PRODUCTIONS INC.,
and CBUBTL, LLC dba ENTERTAINMENT PARTNERS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| KELLY M. TOLAR,<br><br>            Plaintiff,<br><br>     vs.<br><br>EYE PRODUCTIONS , INC.; CBS FILM DISTRIBUTION, INC.; CBUBTL (Hawaii 5-0) dba ENTERTAINMENT PARTNERS; CBS CORPORATION, INC.; JEFFREY M. DOWNER; JAKE DOWNER; JOHN DOES 1-10, JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; DOE "NON PROFIT" CORPORATIONS 1-10; and DOE GOVERNMENTAL UNITS 1-10,<br><br>            Defendants. | CIVIL NO. 17-00540 SOM-KJM<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER<br><br><br><br><br><br><br><br><br><br><br><br>No Trial Date Set. |

*1062488*

## STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS AND PARTIES AND ORDER

IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, by their respective counsel, that this action is dismissed with prejudice.  There are no remaining parties and/or issues.

This stipulation is based on Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and has been signed by counsel for all parties who have made an appearance in this action.  Trial has not been set.  Each party agrees to bear his/its own attorneys' fees and costs.

DATED:   Honolulu, Hawaii, April 25, 2018.

*Stuart T. Feeley*
JASON M. TANI
STUART T. FEELEY
BRYAN M. HARADA

Attorneys for Plaintiff
KELLY M. TOLAR


*Darin R. Leong*
BARRY W. MARR
DARIN R. LEONG
EMILY R. MARR

Attorneys for Defendants
CBS CORPORATION, CBS FILMS DISTRIBUTION INC.,
EYE PRODUCTIONS INC. and
CBUBTL, LLC dba
ENTERTAINMENT PARTNERS

APPROVED AS TO FORM ~~AND SO ORDERED~~:



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

---

*Kelly M. Tolar vs. Eye Productions, Inc., et al.,* Civil No. 17-00540 SOM-KJM;
STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ALL CLAIMS
AND PARTIES AND ORDER